UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Millie Ree Thomas                                              Chapter 13
                                                                        Case No. ___
Debtor.

# Chapter 13 Plan

Address:    Debtor   4391 Ford Road, Memphis, TN 38109

Plan Payment:

Debtor Shall Pay:  $642.00 Monthly    By:   (X) Direct Pay ___Social Security___
    Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:

    (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes  ( ) No

    (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes  ( ) No
        [See provisions 7 and 8].

    (C) Avoids a Security Interest or Lien. [See provision 12].                            ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan     Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:        Monthly Pmt.
                             ongoing payment begins
                             Approximate arrearage
                             ongoing payment begins
                             Approximate arrearage

5. Priority Claims:                                                                            Monthly Pmt.
                                                        Amount
                                                        Amount

6. Home Mortgage Claims:   ( ) Paid Directly by Debtor or (X) Paid by Trustee To:              Monthly Pmt.
    FCI Lender             ongoing payment begins   March 2019                                 $378.67
                           Approximate arrearage  $1,134.00     Interest    0.00%              $19.00
                           ongoing payment begins
                           Approximate arrearage                Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value   Interest Rate   Monthly Pmt.
    Shelby County (taxes)                              $       3,228.58        12.00%          $75.00
    City of Memphis (property taxes)                   $       3,398.80        18.00%          $79.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

| | Collateral | |
|---|---|---|
| | Collateral | |

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

11. Student Loan Claims and Other Long Term Claims:

    _____   ( ) Not Provided For   ( ) General Unsecured Creditor
    _____   ( ) Not Provided For   ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    _____   ( ) Assume     ( ) Reject
    _____   ( ) Assume     ( ) Reject

17. Completion:     Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908          Date   December 14, 2018
    Debtor's Attorney's Signature

                                                                                December 17, 2018

                                                                                910 > June 17, 2016