**Dated: May 04, 2019**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE

In re:                                          Chapter 13
MILLIE REE THOMAS
Debtor(s)                                       Case No. 18-30407-K
```

ADMINISTRATIVE ORDER ALLOWING LATE FILED CLAIM

It appearing to the Court that the Standing Chapter 13 Trustee has shown that the following claim was filed after the bar date and that such claim was not included in previous orders allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FCI LENDER SERVICES INC<br>PO BOX 27370<br>ANAHEIM, CA  92809-0112 | $31,978.37 | MORTGAGE ARREARAGE |
| | | Claim Id: 1 |

Your Trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed and payable pursuant to the provisions of the debtor's confirmed plan and other orders of this Court.

Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

      IT IS THEREFORE ORDERED that the above claim be allowed as has been recommended by the Trustee and payable as provided by the debtor's plan and other orders of this Court.

      2) That a copy of this Motion and Order be mailed to the debtor(s) and debtor's attorney of record and that the debtor be given 30 days in which to object to the allowance of the claim and, in the absence of such objection, this order shall become final.

/S/George W. Stevenson  
CHAPTER 13 TRUSTEE

CC: George W. Stevenson  
GWB

    MILLIE REE THOMAS  
    4391 FORD ROAD  
    MEMPHIS, TN 38109

    JIMMY MCELROY, ATTY  
    3780 S MENDENHALL, #202  
    MEMPHIS, TN 38115

    FCI LENDER SERVICES INC  
    PO BOX 27370  
    ANAHEIM, CA 92809-0112