**Dated: May 04, 2019**
**The following is SO ORDERED:**

David S. Kennedy
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE

In re:                                      Chapter 13
MILLIE REE THOMAS
Debtor(s)                                   Case No. 18-30407-K
```

### ADMINISTRATIVE ORDER ALLOWING LATE FILED CLAIM

It appearing to the Court that the Standing Chapter 13 Trustee has shown that the following claim was filed after the bar date and that such claim was not included in previous orders allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FCI LENDER SERVICES INC<br>PO BOX 27370<br>ANAHEIM, CA  92809-0112 | $31,978.37 | MORTGAGE ARREARAGE |
| | | Claim Id: 1 |

Your Trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed and payable pursuant to the provisions of the debtor's confirmed plan and other orders of this Court.

Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

        IT IS THEREFORE ORDERED that the above claim be allowed as has been recommended by the Trustee and payable as provided by the debtor's plan and other orders of this Court.
        2) That a copy of this Motion and Order be mailed to the debtor(s) and debtor's attorney of record and that the debtor be given 30 days in which to object to the allowance of the claim and, in the absence of such objection, this order shall become final.

                                                                /S/George W. Stevenson
                                                                CHAPTER 13 TRUSTEE

CC:    George W. Stevenson
GWB
       MILLIE REE THOMAS
       4391 FORD ROAD
       MEMPHIS, TN  38109

       JIMMY MCELROY, ATTY
       3780 S MENDENHALL, #202
       MEMPHIS, TN  38115

       FCI LENDER SERVICES INC
       PO BOX 27370
       ANAHEIM, CA  92809-0112

order_AdministrativeOrderAllowingLateFiledClaim.rpt

United States Bankruptcy Court
Western District of Tennessee

In re:                                                                          Case No. 18-30407-dsk
Millie Ree Thomas                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-2      User: jane            Page 1 of 1            Date Rcvd: May 06, 2019
                        Form ID: pdftr02        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
```
db             +Millie Ree Thomas,    4391 Ford Road,    Memphis, TN 38109-5274
33157278       +Bawld Guy Note Fund, LLC,    920 Cassatt Road, Suite 210,    Berwyn, PA 19312-1178
33035381       +City of Memphis,    P.O. Box 185,    Memphis, TN 38101-0185
33075299       +DR. CHIRANJEEVI GADIPARTHI,    1350 CONCOURSE AVENUE,    SUITE 600,    MEMPHIS,TN 38104-2028
33075302       +DR. EGUNMWENDIA OGBEIDE,    1350 CONCOURSE AVENUE,    SUITE 600,    MEMPHIS,TN 38104-2028
33035382       +FCI Lender,    P.O. Box 27370,    Anaheim, CA 92809-0112
33075303       +METHODIST LEBONHEUR HEALTHCARE,    1350 CONCOURSE AVENUE,    SUITE 600,    MEMPHIS,TN 38104-2028
33035383       +Rap LLC,    1350 Concourse,    Memphis, TN 38104-2010
33075300       +SPECIALTY PHYS GRP-SUTHERLAND,    1350 CONCOURSE AVENUE,    SUITE 600,    MEMPHIS,TN 38104-2028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
33070048       +E-mail/Text: bankruptcy@cavps.com May 07 2019 01:22:17      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
33035384       +E-mail/Text: kmcclellan@shelbycountytrustee.com May 07 2019 01:21:14      Shelby County Trustee,
                 P.O. Box 2751,    Memphis, TN 38101-2751
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
```
              George W. Stevenson Chapter 13    ch13gws@gmail.com
              Jimmy E. McElroy    on behalf of Debtor Millie Ree Thomas jimmy_3780@hotmail.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                              TOTAL: 3
```